## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**DELTA MARKETING GROUP, LLC**                    **CASE NO. 23-02190-JAW**

**DEBTOR.**                                                        **CHAPTER 11**

### <u>Notice of Deficiency</u>

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items(s) described below be filed **<u>immediately</u>.**

- **List of 20 Largest Unsecured Creditors**
  - *Non-Individual Official Form 204*
- **Corporate Ownership Statement** *(If the Debtor is a corporation)*

In the event the above documents are not filed on or before **September 25, 2023**, the Court may dismiss this case without further notice or hearing.

Dated:  September 22, 2023                    Danny L. Miller, Clerk of Court

                                                        By:    /s/  <u>Beth Harkins</u>

                                                        Thad Cochran U.S. Courthouse
                                                        501 E. Court St., Ste. 2.300
                                                        Jackson, MS 39201
                                                        601-608-4600